IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY and CHRISTIE FORD, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION 11-0419-WS-N |
| | ) |
| BAC HOME LOANS SERVICING, LP, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

This action comes before the Court on the Joint Stipulation of Dismissal without Prejudice (doc. 26) signed by all parties by and through their respective counsel.  The Stipulation reflects that the parties mutually consent to the dismissal without prejudice of this action and all claims asserted herein.  Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his or her action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed.  Accordingly, it is **ordered** that this action is **dismissed without prejudice** in its entirety.

     DONE and ORDERED this 5th day of June, 2012.

                                          s/ WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE